UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KENNETH KRUGER, | Case No. 24-cv-00683-DMR |
|---|---|
| Plaintiff, | |
| v. | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| INMARKET MEDIA, LLC, | |
| Defendant. | |

On February 5, 2024, Plaintiff filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Jacqueline Scott Corley to determine whether it is related to Willis v. InMarket Media, LLC, 24-cv-00511-JSC.

**IT IS SO ORDERED.**

Dated: February 29, 2024

Donna M. Ryu
United States Magistrate Judge