**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (*pro hac vice* forthcoming)
Julian C. Diamond (*pro hac vice* forthcoming)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: jmarchese@bursor.com
jdiamond@bursor.com

**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
Robert Ahdoot (SBN 172098)
*rahdoot@ahdootwolfson.com*
Theodore W. Maya (SBN 223242)
*tmaya@ahdootwolfson.com*
Deborah de Villa (SBN 312564)
*ddevilla@ahdootwolfson.com*
Sarper Unal (SBN 341739)
*sunal@ahdootwolfson.com*
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Telephone:  310.474.9111
Facsimile:  310.474.8585

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE INMARKET MEDIA LOCATION DATA TRACKING LITIGATION, | Case No. 3:24-cv-00511-JSC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Hon. Jacqueline Scott Corley |

1   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Kenneth Kruger and Autry

2   Willis, by and through their undersigned counsel, hereby submit this Notice of Voluntary Dismissal

3   Without Prejudice with respect to their individual claims against Defendant InMarket Media, LLC in

4   the above-captioned action. This dismissal shall also be without prejudice to Mr. Kruger's and Ms.

5   Willis' rights, if any, as absent class members. This Notice of Voluntary Dismissal is being filed with

6   the Court before service by Defendants of either an answer or a motion for summary judgment.

7

8   Dated:  March 24, 2025                          By:   /s/ Theodore W. Maya
                                                          **AHDOOT & WOLFSON, PC**
9                                                         Tina Wolfson (SBN 174806)
                                                          *twolfson@ahdootwolfson.com*
10                                                        Robert Ahdoot (SBN 172098)
                                                          *rahdoot@ahdootwolfson.com*
11                                                        Theodore W. Maya (SBN 223242)
                                                          *tmaya@ahdootwolfson.com*
12                                                        Deborah de Villa (SBN 312564)
                                                          *ddevilla@ahdootwolfson.com*
13                                                        Sarper Unal (SBN 341739)
                                                          *sunal@ahdootwolfson.com*
14                                                        2600 W. Olive Avenue, Suite 500
                                                          Burbank, CA 91505-4521
15                                                        Telephone:  310.474.9111
                                                          Facsimile:   310.474.8585
16

17                                                        **BURSOR & FISHER, P.A.**
                                                          L. Timothy Fisher (State Bar No. 191626)
18                                                        1990 North California Blvd., Suite 940
                                                          Walnut Creek, CA 94596
19                                                        Telephone: (925) 300-4455
                                                          Facsimile: (925) 407-2700
20                                                        E-mail: ltfisher@bursor.com

21                                                        **BURSOR & FISHER, P.A.**
                                                          Joseph I. Marchese (*pro hac vice*
22                                                        forthcoming)
                                                          Julian C. Diamond (*pro hac vice*
23                                                        forthcoming)
                                                          1330 Avenue of the Americas, 32nd Floor
24                                                        New York, NY 10019
                                                          Telephone: (646) 837-7150
25                                                        Facsimile: (212) 989-9163
                                                          E-Mail: jmarchese@bursor.com
26                                                        jdiamond@bursor.com

27                                                        *Attorneys for Plaintiffs*

28

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 3:24-CV-00511-JSC